**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BELMONT AFFORDABLE HOUSING III LP,<br><br>Plaintiff,<br>v.<br><br>TRISURA SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 2:26-CV-8349 |

## NOTICE OF REMOVAL

Pursuant to Sections 1332, 1441, and 1446 of Title 28 of the United States Code, Defendant Trisura Specialty Insurance Company ("Trisura"), by and through its attorneys, Butler Weihmuller Katz Craig LLP, hereby gives notice of the removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, and as grounds for removal states as follows:

1. On or about October 2, 2026, Plaintiff Belmont Affordable Housing III LP ("Plaintiff") instituted suit by filing a Complaint against Trumbull in the Pennsylvania Court of Common Pleas, Philadelphia County assigned as Case No. 261000286. A copy of the Complaint is attached hereto as Exhibit A.

2. On October 2, 2026, Plaintiff served Trisura with the Complaint.

3. Plaintiff's Complaint seeks damages for breach of contract in excess of $50,000, as well as damages for bad faith in excess of $50,000. *See* Ex. A.

4. The basis for federal court jurisdiction is 28 U.S.C. § 1332, diversity of citizenship, which provides, in relevant part, that federal district courts have original

jurisdiction of civil actions between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. “[A]ny civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending.” 28 U.S.C. § 1441(a). The Eastern District of Pennsylvania is the district that embraces Philadelphia County.

6. Section 1446(b) provides as follows:

> (b) The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

7. This Notice of Removal is timely in that it was filed within 30 days from the point at which Trisura had notice that the action was removable, and less than a year after the commencement of the state court action. 28 U.S.C. § 1446(b).

8. Upon information and belief, Plaintiff is and was at the time the Complaint was filed in Pennsylvania state a limited partnership with a principal place of business located at 871 Belmont Avenue, 1st Floor, Philadelphia, Pennsylvania 19104.

9. Upon information and belief, the sole partner of Plaintiff is T2G, Inc.

10. Upon information and belief, T2G, Inc. is a Pennsylvania corporation with a principal place of business also located at 871 Belmont Avenue, 1st Floor, Philadelphia, Pennsylvania 19104.

11. Therefore, based upon information and belief, Plaintiff is a citizen of the Commonwealth of Pennsylvania.

12. Trisura is and was at the time the Complaint was filed in Pennsylvania state court an Oklahoma corporation with its principal place of business located at 210 Park Avenue, Suite 1300, Oklahoma City, Oklahoma 73102.

13. A copy of this Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, and is being served on counsel of record, in compliance with 28 U.S.C. § 1446(a), (d). *See* Notice of Filing of Removal attached hereto as Exhibit B.

14. Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings, and orders" received by Trisura are attached hereto. Trisura has not answered or otherwise responded to the Complaint.

15. Removal of Plaintiff's case to the United States District Court for the Eastern District of Pennsylvania is required under the circumstances of this case because all parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Trisura respectfully removes this action to the United States District Court for the Eastern District of Pennsylvania for further proceedings pursuant to this Notice.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

s/Michael S. Savett
MICHAEL S. SAVETT, ESQ.
PA Attorney ID No. 78057
ADAM B. MASEF, ESQ.
PA Attorney ID No. 313468
1818 Market Street, Suite 2740
Philadelphia, PA 19103
msavett@butler.legal
amasef@butler.legal
*Attorneys for Defendant, Trisura Specialty Insurance Company*

Dated: November 2, 2026

**CERTIFICATE OF SERVICE**

I, Michael S. Savett, hereby certify that, on this 2nd day of November, 2026, a true and correct copy of the foregoing Notice of Removal has been served via the Court's Electronic Filing System on the following counsel of record:

Mark S. Danek
Matthew E. Selmasska
Obermayer Rebmann Maxwell & Hippel LLP
1500 Market Street, 34th Floor
Philadelphia, PA 19102
*Attorneys for Plaintiff*

s/Michael S. Savett
MICHAEL S. SAVETT, ESQ.